IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FLOYD R. MILLER,

              Plaintiff,                   Civil No. 02-680-ST

    vs.

                                      ORDER

PROGRESSIVE NORTHWESTERN
INSURANCE COMPANY, an Ohio
corporation, HARLEY DAVIDSON
INSURANCE SERVICES, INCOR-
PORATED, a Nevada corporation,
LATUS MOTORS HARLEY DAVIDSON,
a Washington corporation, KIMBERLY
LOGSDON, ALTA POLLACK, DOUGLAS
C. FORST, ANDY BOYLAN, AND DAN
RYDELL,

              Defendants.

REDDEN, Judge:

      Magistrate Judge Stewart filed her Findings and Recommendation on July 11,

2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and

Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my

obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd.,

700 F.2d 1202, 1206 (8th Cir. 1983); see also, Britt v. Simi Valley Unified School Dist.,

708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find

no error.

1  -  ORDER

Accordingly, I ADOPT the Magistrate's Findings and Recommendation (doc. 121) that plaintiff's request for determination of attorney fees, costs and disbursements (doc. 112) should be GRANTED against defendant Progressive Northwestern Insurance Company in the reduced sum of $46,806.40 for attorney fees plus $817.01 for out-of-pocket expenses, for a total of $47,623.41.

IT IS SO ORDERED.

Dated this _____ day of August, 2005.

James A. Redden
United States District Judge